FILED IN OPEN COURT
ON __7/6/18__  NB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00361-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| JONATHAN WHITE | ) | |
| | ) | |

The Grand Jury charges that:

COUNT ONE

On or about February 22, 2018 in the Eastern District of North Carolina, JONATHAN WHITE, the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about March 23, 2018 in the Eastern District of North Carolina, at a time separate and apart from that alleged in Count One ~~Two~~ of this Indictment, JONATHAN WHITE, the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## ALLEGATIONS OF PRIOR CONVICTIONS

For purposes of Title 21, United States Code, Sections 841(b) and 851 the defendant, JONATHAN WHITE, committed the violations alleged in the Indictment after at least one (1) prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44) had become final.

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 21, United States Code, Section 853 that all of his interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the offenses alleged in the Indictment, or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission a defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

2

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 9/6/18

ROBERT J. HIGDON, JR.
United States Attorney


BY: EDWARD D. GRAY
Assistant United States Attorney

3