# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.

**JONATHAN WHITE**

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-00361-1D(3)**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JONATHAN WHITE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ **SEALED Indictment** _____**Superseding Indictment** _____**Criminal Information**__**Complaint**

_____ **Order of Court:** ___ **Violation Notice**___**Probation Violation Petition** charging him/her with:

Counts 1 and 2 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of cocaine base (crack)

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

September 6, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 9/7/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 10/25/18 | Andy Page, TFO USMS | S. Tanner, USMS |

FILED

OCT 2 5 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK